IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PERRY KENNON
ADC #111658                                                                                       PLAINTIFF

v.                                  Case No. 4:11-cv-1-DPM

McDONALD'S, INC.; DIANE
CASTORENA, Manager, McDonald's
Little Rock, AR; NIGEL L. HASKETT,
McDonald's, Little Rock, AR                                                              DEFENDANTS

JUDGMENT

Kennon's complaint is dismissed without prejudice. The Court further certifies that an *in forma pauperis* appeal taken from this judgment would be frivolous and not in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 Jan. 2011